```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/27/2024___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abeth Hashimi,

                         Plaintiff,

    -against-

5 Spring Property Owner llc and 5 Spring Street Corp,

                        Defendants.

24 Civ. 513 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On January 26, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by March 26, 2024.  ECF No. 9.  Those submissions are now overdue.

    Accordingly, by **April 26, 2024**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: March 27, 2024
       New York, New York

                                       ANALISA TORRES
                                  United States District Judge