UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abeth Hashimi,

                Plaintiff,

-against-

5 Spring Property Owner llc and 5 Spring Street Corp,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/29/2024
```

24 Civ. 513 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On January 26, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by March 26, 2024.  ECF No. 9.  Having received no submissions by that date, the Court ordered the parties to submit the joint letter and proposed case management plan by April 26, 2024.  ECF No. 12.  Those submissions are now overdue, and Defendants have not appeared in this action.

    Accordingly, by **May 13, 2024**, the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall state his intention as to the prosecution of this action.  Plaintiff is advised that continued failure to comply with the Court's orders shall result in dismissal of this action for failure to prosecute.

    SO ORDERED.

Dated: April 29, 2024
       New York, New York

                                              ANALISA TORRES
                                             United States District Judge