```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abeth Hashimi,

                Plaintiff,

-against-

5 Spring Property Owner llc and 5 Spring Street Corp.,

                Defendants.

24 Civ. 513 (AT)

**ORDER TO SHOW CAUSE**

ANALISA TORRES, District Judge:

On April 30, 2024, Plaintiff moved for entry of default against Defendants. ECF Nos. 14–17. On May 1, 2024, the Clerk of Court entered the certificates of default. ECF No. 18–19. On June 14, 2024, Plaintiff filed a motion for default judgment, ECF No. 22, an affirmation in support of his proposed order, ECF No. 23, and a proposed default judgment, ECF No. 24. Accordingly:

1. By **July 8, 2024**, Plaintiff shall serve on Defendants copies of this Order to Show Cause; Plaintiffs' motion for default judgment, ECF No. 22; the affirmation of Jennifer E. Tucek, ECF No. 23; and Plaintiff's proposed default judgment, ECF No. 24. Plaintiff shall serve these documents **both** (1) via hand delivery or first-class mail, **and** (2) on the Secretary of State pursuant to N.Y. Business Corp. Law § 306.
2. By **July 15, 2024**, Plaintiff shall file proof of service on the docket.
3. By **July 29, 2024**, Defendants shall respond to Plaintiff's motion.
4. By **August 5, 2024**, Plaintiff shall submit his reply, if any.
5. On **September 3, 2024,** at **10:20 a.m.**, Defendants shall appear at a video conference to show cause why the Court should not enter a default judgment against them pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. Plaintiff shall also appear. The parties are directed to contact chambers at torres_nysdchambers@nysd.uscourts.gov in advance of the hearing for instructions on accessing the conference. Members of the media and the public may access the conference by dialing +1 646-453-4442 and entering access code 465819224#.

SO ORDERED.

Dated: June 17, 2024
       New York, New York

                                        ANALISA TORRES
                                       United States District Judge