UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abeth Hashimi, | |
| Plaintiff, | |
| -against- | |
| 5 Spring Property Owner llc and 5 Spring Street Corp., | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _09/04/2024_

24 Civ. 513 (AT)

**ORDER TO SHOW CAUSE**

ANALISA TORRES, District Judge:

The show-cause hearing scheduled for September 3, 2024, is ADJOURNED to **September 9, 2024**, at **10:00 a.m.**  The parties are directed to contact chambers in advance of the hearing for instructions on accessing the conference.  Members of the media and the public may access the conference by dialing +1 646-453-4442 and entering access code 484765096#.

Plaintiff is directed to serve a copy of this order on Defendants.

SO ORDERED.

Dated: September 4, 2024
     New York, New York

_____
ANALISA TORRES
United States District Judge