```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __09/09/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abeth Hashimi,

                Plaintiff,

-against-

5 Spring Property Owner llc and 5 Spring Street Corp.,

                Defendants.

24 Civ. 513 (AT)

**JUDGMENT**

ANALISA TORRES, District Judge:

    It is hereby ORDERED, ADJUDGED, and DECREED that default judgment is entered in favor of Plaintiff, Abeth Hashimi, and against Defendants, 5 Spring Property Owner llc and 5 Spring Street Corp., for the reasons stated on the record at the default hearing on September 9, 2024, except to the extent that Defendants shall not be required to close the subject property pending the requisite alterations.

    It is further ORDERED, ADJUDGED, AND DECREED that: (1) Defendants shall submit to Plaintiff's counsel a remediation plan that addresses the Americans with Disabilities Act Accessibility Guidelines violations identified in Plaintiff's Complaint at Paragraph 17 (pages 4–17) within 60 days of Plaintiff's filing of proof of service of the Order upon Defendants; (2) within 30 days from receipt of Defendants' plans, Plaintiff shall file consent to it or seek further relief from the Court; and Defendants shall make any necessary alterations within 60 days of Plaintiff's consent or subsequent Order of the Court.

    Plaintiff may renew his motion for attorney's fees and costs within the time provided by Federal Rule of Civil Procedure 54.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 22.

    SO ORDERED.

Dated: September 9, 2024
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge